# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STEPHEN J. KOMOREK, et al.**, | ) |
| Plaintiffs, | ) Case No. 2:24-cv-01227-EAS-EPD |
| | ) |
| v. | ) Judge Edmund A. Sargus |
| | ) |
| **CONFLICT INTERNATIONAL, INC.**, et al., | ) Magistrate Judge Elizabeth Preston Deavers |
| | ) |
| Defendants | ) |

## DEFENDANTS JAMES W. BEARDEN AND JW BEARDEN & ASSOCIATES PLLC'S UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants James W. Bearden and JW Bearden & Associates PLLC ("Moving Defendants"), respectfully request an extension of time of seven days—from September 6, 2024 to September 13, 2024—file their Reply Brief to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss. (The Memorandum is Opposition is ECF No. 44)

Moving Defendants' deadline to reply to Plaintiffs' August 23, 2024 Memorandum in Opposition is September 6, 2024. Due to undersigned counsel's involvement in other cases preventing his completing the Reply by September 6, and his previously being scheduled to be out of the state from September 5–9, 2024, moving Defendants respectfully submit the requested 7-day extension is necessary and also reasonable, as it will not unduly delay these proceedings. This is moving Defendants' first requested

extension of time to file their Reply Brief. Under S.D. Ohio Civ.R. 7.3(a), undersigned counsel states that on September 3, 2024, Plaintiffs' counsel Patrick Welsh consented to this request.

For these reasons, Defendants James W. Bearden and JW Bearden & Associates move for a 7-day extension of time—from September 6, 2024 to September 13, 2024—to file their Reply Brief to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ *Eric S. Bravo*
ERIC S. BRAVO    (0048564)
**GORDON REES SCULLY MANSUKHANI, LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558 / F: (614) 360-2130
ebravo@grsm.com
*Counsel for Defendants James W. Bearden and JW Bearden & Associates PLLC*

2