# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STEPHEN J. KOMOREK, et al.**, | ) |
| Plaintiffs, | ) Case No. 2:24-cv-01227-EAS-EPD |
| | ) |
| v. | ) Judge Edmund A. Sargus |
| | ) |
| **CONFLICT INTERNATIONAL, INC.**, et al., | ) Magistrate Judge Elizabeth Preston Deavers |
| | ) |
| Defendants | ) |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

This matter is before the Court on Defendants James W. Bearden and JW Bearden & Associates PLLC's Motion for 7-Day Extension of Time to File Reply Brief to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss. Plaintiffs do not oppose the motion.

The Court finds the Motion well taken and it is hereby **GRANTED**. Defendants James W. Bearden and JW Bearden & Associates PLLC shall file their Reply Brief to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss on or before September 13, 2024.

**IT IS SO ORDERED.**

_____
JUDGE