# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEPHEN J. KOMOREK,** *et al.*,

    **Plaintiffs,**

v.                         **Civil Action 2:24-cv-1227**
                            **Judge Edmund A. Sargus, Jr.**
                            **Magistrate Judge Elizabeth P. Deavers**

**CONFLICT INTERNATIONAL, INC.,** *et al.*,

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of the Defendants James W. Bearden and JW Bearden & Associates PLLC's Unopposed Motion for 7-Day Extension of Time to File Reply Brief to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss. (ECF No. 46.)  The Motion is **GRANTED**.  Defendants James W. Bearden and JW Bearden & Associates PLLC shall have until **SEPTEMBER 13, 2024**, to reply to Plaintiffs' Response in Opposition (ECF No. 44) to Defendants James W. Bearden and JW Bearden & Associates PLLC's Motion to Dismiss.

    **IT IS SO ORDERED**.

**Date: September 5, 2024**                 /s/ *Elizabeth A. Preston Deavers*
                                              **ELIZABETH A. PRESTON DEAVERS**
                                              **UNITED STATES MAGISTRATE JUDGE**